# U.S. District Court
## United States District Court – District of New Mexico (Las Cruces)
## CRIMINAL DOCKET FOR CASE #: 2:24−mj−01070−DLM All Defendants

| | |
|---|---|
| Case title: USA v. Lopez−Silva | Date Filed: 07/24/2024 |
| Other court case number: 2:19−mj−30653 USDC, E. District of Michigan, Southern Division | Date Terminated: 07/25/2024 |

Assigned to: Magistrate Judge Damian L. Martinez

**Defendant (1)**

| | | |
|---|---|---|
| **Juan Gabriel Lopez−Silva**<br>*TERMINATED: 07/25/2024* | represented by | **Joe G Jacinto**<br>Federal Public Defender<br>506 S. Main<br>Suite 400<br>Las Cruces, NM 88001<br>575−527−6930<br>Fax: 575−527−6933<br>Email: joe_jacinto@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326(a)(1) & (2) Reentry After Deportation; 18:111(a)(1) Assaulting, Resisting or Impeding Certain Officers or Employees | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Grant Gardner**<br>DOJ−USAO<br>200 N Church Street<br>Las Cruces, NM 88001<br>575−640−6033<br>Fax: 575−522−2391<br>Email: grant.gardner@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2024 | | Arrest of Juan Gabriel Lopez−Silva (vrr) (Entered: 07/24/2024) |
| 07/24/2024 | | Set/Reset Hearings as to Juan Gabriel Lopez−Silva: Initial Appearance – Rule 5 set for 7/25/2024 at 09:09 AM in Las Cruces – 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Damian L. Martinez. (vrr) (Entered: 07/24/2024) |
| 07/25/2024 | | Attorney update in case as to Juan Gabriel Lopez−Silva. Attorney Grant Gardner for USA added. (nr) (Entered: 07/25/2024) |
| 07/25/2024 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Joe G Jacinto for Juan Gabriel Lopez−Silva by Magistrate Judge Damian L. Martinez (nr) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/25/2024) |
| 07/25/2024 | 2 | Rule 5 Documents Received as to Juan Gabriel Lopez−Silva (nr) (Entered: 07/25/2024) |
| 07/25/2024 | 3 | Clerk's Minutes for proceedings held before Magistrate Judge Damian L. Martinez: Identity/Detention Hearing for Rule 5, Initial Appearance in Rule 5 Proceedings as to Juan Gabriel Lopez−Silva held on 7/25/2024 (Recording Info: LCR: Sierra Blanca) (Interpreter: Rachel Albin)<br><br>**Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.**<br>(nr) (Entered: 07/25/2024) |
| 07/25/2024 | 4 | WAIVER Of Rule 5 & 5.1 Hearings by Juan Gabriel Lopez−Silva (nr) (Entered: 07/25/2024) |
| 07/25/2024 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Juan Gabriel Lopez−Silva. Defendant committed to District of Eastern District of Michigan. by Magistrate Judge Damian L. Martinez (nr) (Entered: 07/25/2024) |
| 07/25/2024 | | NOTICE to Eastern District of Michigan, Southern Division of a Rule 5 or Rule 32 transfer as to Juan Gabriel Lopez−Silva. Your case number is: 19−MJ−30653. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate email.<br>*(If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (nr) (Entered: 07/25/2024) |

|  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Before the Honorable DAMIAN L. MARTINEZ |  |  |  |  |  |
|  | CRIMINAL CLERK'S MINUTES at Las Cruces |  |  |  |  |  |
| Case Number: | **24-1070 MJ** | Date: | **7/25/2024** | Recording Information: | **LCR SIERRA BLANCA** |  |
| Clerk: | **B. WILSON** | Type of Hearing: |  | **INITIAL/IDENTITY/DETENTION – RULE 5** |  |  |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **JUAN GABRIEL LOPEZ-SILVA** | **DAVID BENATAR, FPD STANDING IN** | ☐ | ☐ |
|  |  | ☐ | ☐ |

| Assistant U.S. Attorney: | **CHRISTOPHER MCNAIR** | Interpreter: | **RACHEL ALBIN** |
|---|---|---|---|
| Probation Officer: | **MONICA HOYLE** | Court in Session: | **9:53-9:56; 10:16-10:23 A.M.  7 MIN** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☐ Government's  ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Set for |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: DEFENDANT WAIVED IDENTITY/DETENTION HEARING AND WILL BE TRANSFERRED BACK TO THE DISTRICT OF MICHIGAN. |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-1070 MJ |
| JUAN GABRIEL LOPEZ-SILVA | ) | |
| | ) | Charging District's Case No. 2: 19-MJ-30653 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of Michigan

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/25/24

*Juan Lopez Silva*
Defendant's signature

*Joe Jacinto*
Signature of defendant's attorney

Joe Jacinto
Printed name of defendant's attorney

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-1070 MJ |
| | ) | |
| JUAN GABRIEL LOPEZ-SILVA | ) | Charging District's |
| *Defendant* | ) | Case No. 19-MJ-30653 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Eastern____ District of ____Michigan____,
*(if applicable)* ____Southern____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7/25/24

*Judge's signature*

Damian L. Martínez, U.S. Magistrate Judge
*Printed name and title*